IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO. 03-20405-Ml |
| DANA LILLY, | * | |
| Defendant. | * | |

### ORDER DISMISSING COUNT 2 OF THE INDICTMENT

Upon the motion of the United States, and for good cause shown, Count 2 of the indictment is hereby **DISMISSED**.

SO ORDERED this 9 day of June, 2005 at Memphis, Tennessee.

_____
Honorable Jon Phipps McCalla
United States District Judge
Western District of Tennessee

APPROVED:

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

FILED IN OPEN COURT
DATE: 6/9/05
TIME: 4:40 PM
INITIALS: JPW


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05


58



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CR-20405 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Honorable Jon McCalla
US DISTRICT COURT