FILED BY _____ D.C.

05 AUG 25  AM 11: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
)
VS. ) Case No. 2:03cr20405-M1
)
)
DANA LILLY )

ORDER

This cause came on to be heard upon the motion of the defendant, Dana Lilly, to modify the former order heretofore entered in this Honorable Court directing that he report to begin serving his sentence on August 31, 2005.

It further appeared to the Court that L. L. Harrell, Jr., attorney for the defendant, Dana Lilly, has consulted with the Honorable Joe Murphy, Assistant United States Attorney, who has stated that he does not object to said motion delaying the report date of the defendant, Dana Lilly.

HARRELL & HARRELL
ATTORNEYS AT LAW
110 NW COURT SQUARE
TRENTON, TENNESSEE
38382

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-25-05

(62)

It is, therefore, ORDERED, ADJUDGED AND DECREED by the Court that the order heretofore entered in this cause, directing the defendant, Dana Lilly, to report to begin serving his sentence on August 31, 2005, is hereby set aside and held for naught.

It is further ORDERED that another report date shall be set to require the defendant, Dana Lilly, to report after March 1, 2006.

All of which is so ORDERED, ADJUDGED AND DECREED by the Court on the 24 day of August, 2005.

---

THE HONORABLE JON PHIPPS McCALLA
United States District Judge
Western District of Tennessee

Approved for entry:

HARRELL & HARRELL

BY _____
L/L. HARRELL, JR. #7517
Attorney for Defendant, Dana Lilly
110 NW Court Square
Trenton, Tennessee 38382
(731) 855-1351

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CR-20405 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT